IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MICHAEL J. HATHORN                                             PLAINTIFF

V.                      CASE NO. 5:14-CV-5031

DR. NEIL MULLINS; NURSE RHONDA
BRADLEY; and SHERIFF TIM HELDER                      DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 29) filed in this case on February 17, 2015, by the Honorable Mark E. Ford, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendants' Motion for Summary Judgment (Doc. 19) is **GRANTED**; however, this matter is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** on this 12th day of March, 2015.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE